UNITED STATES DISTRICT COURT  JS6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-00953-RGK | Date | May 23, 2024 |
|---|---|---|---|
| Title | *In Re: Tony Bagramyan* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                           Not Present

**Proceedings:**     **(IN CHAMBERS) Order Dismissing the Bankruptcy Appeal**

In this bankruptcy appeal, Appellants have failed to file an opening brief by the deadline set forth in the briefing schedule. Accordingly, the Court hereby **DISMISSES** the appeal.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | JRE/dc |